UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| VIKRA SKALIJ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00594-RJC-NJK |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SMITHS FOOD & DRUG CENTERS, et al., | ) | (Mtn to Withdraw - Dkt. #22) |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Motion to Withdraw as Counsel of Record for Virka Skalij (#22) filed February 1, 2013. Brian D. Nettles, Esq., and Samuel R. Mirkovick, Esq., of Nettles Law Firm, seek to withdraw as counsel of record for Plaintiff Vikra Skalij. The Motion represents that communication between the Plaintiff and Nettles has broken down to a point that Nettles is no longer able to effectively represent the Plaintiff in this matter. Specifically, the Plaintiff and Nettles have a fundamental disagreement over how to proceed in this action.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw – (Dkt. #22) is GRANTED.
2. Plaintiff shall have until **March 1, 2013,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding *pro se.*

...

...

...

...

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will appear in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge to dismiss plaintiff's complaint for failure to prosecute. *See,* Fed. R. Civ. P. 41(b).

4. The Clerk of Court shall serve a copy of this Order on the Plaintiff at her last known address:

Virka Skalij
400 Park Avenue
Henderson, Nevada 89015

Dated this 4th day of February, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge