JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
　NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIRKA SKALIJ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES 1 through 10; ROE ENTITIES 11<br>through 20, ABC LIMITED LIABILITY<br>COMPANIES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:12-cv-00594-MMD-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

　　　　WHEREAS, counsel for Defendant and Plaintiff, appearing without counsel in this litigation, have agreed to a full and final settlement of this case;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 2043399.1

IT IS HEREBY STIPULATED AND AGREED by and between VIRKA SKALIJ, Plaintiff appearing in Proper Person, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that this case be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 12th day of March, 2013.

| | |
|---|---|
| VIRKA SKALIJ<br>Plaintiff appearing Pro Se<br><br>*/s/ Virka Skalij*<br>VIRKA SKALIJ<br>400 Park Avenue<br>Henderson, Nevada 89105<br>(310) 626-5504<br>Plaintiff appearing Pro Se | COOPER LEVENSON APRIL<br>NIEDELMAN & WAGENHEIM, P.A.<br><br>/s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 3, 2013

CLAC 2043399.1