JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VIRKA SKALIJ,<br><br>        Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.;<br>DOES 1 through 10; ROE ENTITIES 11<br>through 20, ABC LIMITED LIABILITY<br>COMPANIES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 2:12-cv-00594-MMD-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, counsel for Defendant and Plaintiff, appearing without counsel in this litigation, have agreed to a full and final settlement of this case;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 2043399.1

1  IT IS HEREBY STIPULATED AND AGREED by and between VIRKA SKALIJ, Plaintiff appearing in Proper Person, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that this case be dismissed, with prejudice, each party to bear their own fees and costs.

DATED this 12th day of March, 2013.

| | |
|---|---|
| VIRKA SKALIJ<br>Plaintiff appearing Pro Se<br><br>/s/ Virka Skalij<br>VIRKA SKALIJ<br>400 Park Avenue<br>Henderson, Nevada 89105<br>(310) 626-5504<br>Plaintiff appearing Pro Se | COOPER LEVENSON APRIL<br>NIEDELMAN & WAGENHEIM, P.A.<br><br>/s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: April 3, 2013

CLAC 2043399.1